**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Denise M. Riccio fka Denise Jubo aka Denise Marie Riccio** | **BK NO. 21-02046 MJC** |
| **Debtor(s)** | **Chapter 13** |
| **M&T Bank** | |
| **Movant** | **Hearing Date: N/A** |
| **vs.** | |
| **Denise M. Riccio fka Denise Jubo aka Denise Marie Riccio** | |
| **Respondent(s)** | |

## OBJECTION OF M&T BANK
## TO CONFIRMATION OF CHAPTER 13 PLAN

M&T Bank (hereinafter Movant), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1.      Movant's claim is secured by a mortgage on Debtor's property at 102 Wood Haven Court, Milford, PA, 18337.

2.      The claims bar date is November 29, 2021. Movant intends to file a claim on or before the bar date with an estimated total debt amount of $41,558.51 and pre-petition arrears estimated at $12,031.28.

3.      Debtor's Plan only provides for payment in the amount of $39,276.01 towards the claim of the Movant at 3% interest.

4.      Debtor's Plan does not provide for Movant's claim in full, including post petition interest.

5.      Further, if Debtor intends to pay Movant's claim in full over the life of the bankruptcy, Debtor's Plan should indicate that Debtor will be responsible for ongoing taxes and insurance.

6.      Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Movant.

7.      In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Movant, M&T Bank, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: October 12, 2021

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant