United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Denise M Riccio  
    Debtor

Case No. 21-02046-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 02, 2021      Form ID: ntcnfhrg      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M Riccio, 102 Wood Haven Ct, Milford, PA 18337-4288 |
| 5436580 | + | Anthony Riccio, 102 Wood Haven Ct, Milford, PA 18337-4288 |
| 5436582 | + | Edfinancial, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5442648 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 03 2021 10:30:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5436581 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 18:51:35 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5441834 | | Email/Text: camanagement@mtb.com | Nov 02 2021 18:51:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5436583 | | Email/Text: camanagement@mtb.com | Nov 02 2021 18:51:00 | M&T Bank, PO BOX 1288, Buffalo, NY 14240 |
| 5436584 | + | Email/Text: brittany@sunriselake.org | Nov 02 2021 18:51:00 | Sunrise Lake Property Owners Association, 101 Sunrise Drive, Milford, PA 18337-4001 |
| 5436585 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 18:51:29 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 5436586 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 18:51:34 | Syncb/Tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 5436779 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 18:51:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5436587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 19:01:43 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Patrick James Best | on behalf of Debtor 1 Denise M Riccio patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Denise M Riccio,<br>aka Denise Marie Riccio, fka Denise Jubo, | Chapter  13 |
| **Debtor 1** | Case No.  5:21−bk−02046−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 30, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: December 7, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2021 |

ntcnfhrg (08/21)