| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DENISE M. RICCIO | : | |
| | : | Case No.: 21-02046-MJC |
| Debtor | : | |
| | : | Chapter 13 |
| _____ | : | |
| | : | |
| M&T Bank, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs | : | |
| | : | |
| Denise M. Riccio | : | |
| | : | |
| Jack N. Zaharopoulos, Ch. 13 Trustee | : | |
| Respondents | : | |

## DEBTOR'S RESPONSE TO MOVANT'S MOTION FOR RELIEF

AND NOW, comes the Debtor, Denise M. Riccio. by and through her Attorney, Lauren E. Beal, of ARM Lawyers, who hereby responds to Movant's motion as follows:

1.      Movant's interest is adequately protected and the property at issue is necessary for an effective reorganization.

2.      Relief from stay is inappropriate as this issue is best dealt with as a final cure and payment under Rule 3002.1.

3.      Debtor intends on entering into a Stipulation to pay post-petition fees directly to the mortgage creditor and/or entering into a Stipulation to add post-petition fees to the Chapter 13 Plan.

**WHEREFORE**, Debtors respectfully request that this Honorable Court deny Movant's Motion for Relief.

Date: <u>February 19, 2026</u>                                          <u>/s/ Lauren E. Beal</u>

Lauren E. Beal, Esq.
ARM Lawyers
202 Delaware Ave
Palmerton PA 18071
Counsel for Debtor
Phone: 570-420-7431