Certificate Number: 15111-PAM-DE-041229887

Bankruptcy Case Number: 21-02046



15111-PAM-DE-041229887

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 21, 2026</u>, at <u>8:32</u> o'clock <u>AM EDT</u>, <u>Denise M Riccio</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>July 21, 2026</u>          By:      <u>/s/Hasan Bilal for Ryan McDonough</u>

                               Name:   <u>Ryan McDonough</u>

                               Title:   <u>Executive Director of Education</u>