**Fill in this information to identify the case:**

Debtor 1 DENISE M RICCIO

Debtor 2 (Spouse, if filing) ____________

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case number 5-21-BK-02046MJC

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** M&T BANK

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 3 5 5 0

**Property address:**

102 WOOD HAVEN CT
Number Street

MILFORD PA 18337
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ____________ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ ______ |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ ______ |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 276.53 |
| d. Total amount of arrearages disbursed by the trustee: | $ 276.53 |

## Part 4: Postpetition Payments

*Check one:*

☐ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: ____________________________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 42,181.90

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ __________

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 10 / 6 / 2026

Trustee Jack N Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **M & T BANK** | | **Claim Number 1** | | | |
| Apr 12, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9013657 | 2,177.50 |
| Apr 12, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9013657 | 45.56 |
| May 17, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9013870 | 816.69 |
| May 17, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9013870 | 17.09 |
| Jun 14, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014083 | 816.69 |
| Jun 14, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014083 | 17.09 |
| Jul 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014291 | 816.70 |
| Jul 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014291 | 17.09 |
| Aug 17, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014508 | 877.51 |
| Aug 17, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014508 | 18.36 |
| Sep 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014728 | 877.52 |
| Sep 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014728 | 18.36 |
| Oct 18, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014929 | 877.52 |
| Oct 18, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9014929 | 18.36 |
| Nov 16, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015146 | 831.89 |
| Nov 16, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015146 | 17.41 |
| Dec 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015360 | 831.90 |
| Dec 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015360 | 17.40 |
| Jan 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015561 | 831.90 |
| Jan 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015561 | 17.41 |
| Feb 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015767 | 831.89 |
| Feb 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015767 | 17.41 |
| Mar 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015971 | 831.89 |
| Mar 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9015971 | 17.40 |
| Apr 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016175 | 831.90 |
| Apr 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016175 | 17.41 |
| May 16, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016368 | 831.90 |
| May 16, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016368 | 17.41 |
| Jun 13, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016553 | 831.89 |
| Jun 13, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016553 | 17.40 |
| Jul 11, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016732 | 865.89 |
| Jul 11, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016732 | 18.12 |
| Aug 09, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016915 | 865.89 |
| Aug 09, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9016915 | 18.12 |
| Sep 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017103 | 865.89 |
| Sep 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017103 | 18.12 |
| Oct 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017286 | 822.96 |
| Oct 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017286 | 17.21 |
| Nov 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017466 | 822.95 |
| Nov 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017466 | 17.22 |
| Dec 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017632 | 822.95 |
| Dec 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017632 | 17.22 |
| Jan 12, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017793 | 822.95 |
| Jan 12, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017793 | 17.22 |
| Feb 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017955 | 822.96 |
| Feb 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9017955 | 17.22 |
| Mar 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018136 | 822.94 |
| Mar 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018136 | 17.22 |
| Apr 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018316 | 822.96 |
| Apr 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018316 | 17.22 |
| May 22, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018490 | 822.95 |
| May 22, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018490 | 17.22 |
| Jun 18, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018665 | 822.95 |
| Jun 18, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018665 | 17.22 |
| Jul 10, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018832 | 822.95 |
| Jul 10, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018832 | 17.22 |
| Aug 07, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018987 | 822.96 |
| Aug 07, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9018987 | 17.22 |
| Sep 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019162 | 822.95 |
| Sep 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019162 | 17.22 |
| Oct 23, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019336 | 822.95 |

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **M & T BANK** | | **Claim Number 1** | | | |
| Oct 23, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019336 | 17.22 |
| Nov 19, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019498 | 822.95 |
| Nov 19, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019498 | 17.22 |
| Dec 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019660 | 822.95 |
| Dec 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019660 | 17.22 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019831 | 822.95 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019831 | 17.21 |
| Feb 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019999 | 822.96 |
| Feb 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9019999 | 17.22 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020160 | 822.95 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020160 | 17.22 |
| Apr 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020320 | 822.95 |
| Apr 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020320 | 17.22 |
| May 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020485 | 822.96 |
| May 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020485 | 17.22 |
| Jun 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020657 | 822.94 |
| Jun 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020657 | 17.22 |
| Jul 22, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020823 | 862.31 |
| Jul 22, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020823 | 18.04 |
| Aug 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020980 | 862.31 |
| Aug 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9020980 | 18.04 |
| Sep 16, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021133 | 862.31 |
| Sep 16, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021133 | 18.05 |
| Oct 10, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021284 | 862.31 |
| Oct 10, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021284 | 18.04 |
| Nov 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021441 | 822.95 |
| Nov 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021441 | 17.22 |
| Dec 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021593 | 822.95 |
| Dec 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021593 | 17.22 |
| Jan 21, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021745 | 822.95 |
| Jan 21, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021745 | 17.22 |
| Feb 18, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021886 | 822.95 |
| Feb 18, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9021886 | 17.22 |
| Mar 17, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022031 | 822.95 |
| Mar 17, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022031 | 17.22 |
| Apr 14, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022172 | 822.96 |
| Apr 14, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022172 | 17.22 |
| May 19, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022322 | 17.22 |
| Jun 17, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022400 | 0.17 |
| Jun 25, 2026 | RFCRP | REFUND FROM CREDITOR/PRINCIPAL | M&T 1288 | 4000649652 | -623.47 |
| Jul 21, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T 1288 | 9022547 | 623.47 |
| Sep 10, 2026 | RFCRP | REFUND FROM CREDITOR/PRINCIPAL | M&T 1288 | 4000686877 | -623.47 |
| **TOTAL FOR M & T BANK** | | | | | **42,458.43** |
| | | | **DISBURSEMENT TOTAL** | | **42,458.43** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DENISE M RICCIO<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>DENISE M RICCIO<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:21-BK-02046-MJC |

**CERTIFICATE OF SERVICE**

AND NOW, this 6th day of October, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES TRUSTEE
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

M & T BANK
P.O. BOX 1288
BUFFALO, NY 14240

LAUREN ELIZABETH BEAL
ARM LAWYERS
115 E BROAD STREET
BETHLEHEM, PA 18018

*VIA FIRST-CLASS U.S.P.S. MAIL ONLY*

DENISE M RICCIO
102 WOOD HAVEN CT
MILFORD, PA 18337

M & T BANK
P.O. BOX 1288
BUFFALO, NY 14240

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee