**Fill in this information to identify the case:**

Debtor 1 Denise M. Riccio fka Denise Jubo aka Denise Marie Riccio

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of Pennsylvania
(State)

Case number 21-02046 MJC

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** **M&T Bank**

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 3550

**Property address:** **102 Wood Haven Court A/K/A 3215 Sunrise Lake A/K/A 3291 Sunrise Lake**
Number Street
**Milford PA 18337**
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 42,458.43.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _________.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _________.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/ /__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 07 / 09 / 2026 |
| ii. Date next postpetition payment from the debtor is due: | n/a – Loan paid in full 7/9/2026 |
| iii. Amount of the next postpetition payment that is due: | $ 0.00 |
| iv. Unpaid principal balance of the loan: | $ 0.00 |
| v. Additional amounts due for any deferred or accrued interest: | $ 0.00 |
| vi. Balance of the escrow account: | $ 0.00 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Maggie Soboleski Date October 13, 2026

Signature

Name: Maggie Soboleski
First name Middle name Last name

Title: Attorney for Secured Creditor

Company: KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 701 Market Street, Suite, 5000
Number Street

Philadelphia PA 19196
City State ZIP Code

Contact phone (215) 627-1322

Email bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Denise M. Riccio fka Denise Jubo aka Denise Marie Riccio**<br>**Debtor(s)**<br><br>**M&T Bank**<br>**Movant**<br>**vs.**<br><br>**Denise M. Riccio fka Denise Jubo aka Denise Marie Riccio**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos,**<br>**Trustee** | **BK NO. 21-02046 MJC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 1** |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 14, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Denise M. Riccio fka Denise Jubo aka Denise Marie Riccio
102 Wood Haven Court
Milford, PA 18337

Attorney for Debtor(s) (via ECF)
Lauren Beal, Esq
115 E. Broad Street
Bethlehem, PA 18018

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: October 14, 2026

**/s/ Maggie Soboleski**
Maggie Soboleski
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
MSoboleski@kmllawgroup.com